# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **ACQIS LLC,**         *Plaintiff*<br><br>-v-<br><br>**MITAC COMPUTING TECHNOLOGY CORPORATION,**         *Defendant* | § § § § § § § § § | **6-20-CV-00962** |
| **ACQIS LLC,**         *Plaintiff*<br><br>-v-<br><br>**INVENTEC CORPORATION,**         *Defendant* | § § § § § § § § § | **6-20-CV-00965** |
| **ACQIS LLC,**         *Plaintiff*<br><br>-v-<br><br>**ASUSTEK COMPUTER, INC.,**         *Defendant* | § § § § § § § § § | **6-20-CV-00966** |
| **ACQIS LLC,**         *Plaintiff*<br><br>-v-<br><br>**LENOVO GROUP LTD., LENOVO PC HK LIMITED, LCFC (HEFEI) ELECTRONICS TECHNOLOGY CO., LTD., LENOVO INTERNATIONAL INFORMATION PRODUCTS (SHENZHEN) CO. LTD., LENOVO CENTRO TECHNOLOGICO S DE R.L. DE CV A MEXICO CORPORATION, LENOVO INFORMATION PRODUCTS (SHENZHEN) CO., LTD.**         *Defendants* | § § § § § § § § § § § § § § § § § § § | **6-20-CV-00967** |

| | | |
|---|---|---|
| ACQIS LLC, | § | |
|       *Plaintiff* | § | 6-20-CV-00968 |
| | § | |
| -v- | § | |
| | § | |
| WIWYNN CORPORATION, | § | |
|       *Defendant* | § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $6,566.23 |
| MiTAC: | $6,566.23 |
| ASUSTek: | $6,566.23 |
| Inventec: | $6,566.23 |
| Lenovo: | $6,566.23 |
| Wiwynn: | $6,566.23 |

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 17th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE