IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ACQIS LLC,<br>         *Plaintiff*<br>-v-<br>ASUSTEK COMPUTER, INC.,<br>         *Defendant* | § § § § § § § § § | 6-20-CV-00966 |
| ACQIS LLC,<br>         *Plaintiff*<br>-v-<br>WIWYNN CORPORATION,<br>         *Defendant* | § § § § § § § § § | 6-20-CV-00968 |

### ORDER MEMORIALIZING WHETHER PRIOR CONSTRUCTIONS APPLY TO TERMS IN THIS CASE

The Court held a hearing on December 19, 2022 to determine whether constructions for terms that Judge Burroughs's construed in a prior case (*EMC*) and which the Federal Circuit recently affirmed apply to terms in this case. During the hearing, the Court provided its decisions. This order memorializes those decisions.

**SIGNED** this 28th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term Construed by Judge Burroughs in the *EMC* case | Claim Term Groups in Question | Court's Final Ruling |
|---|---|---|
| "Communicating … a PCI bus transaction" | • **"Full Transaction"** terms (*e.g.*, '416 Patent, Claim 60: "for communicating encoded serialized Peripheral Component Interconnect (PCI) bus transaction data…wherein the serial bit stream of PCI bus transaction comprises encoded PCI address and data bits."<br><br>• **"Address and Data"** terms (*e.g.*, RE'814 Patent, Claim 31: "to communicate address and data bits of PCI bus transactions in serial form…")<br><br>• | • **"Full Transaction"**: The *EMC* construction applies to these terms.<br><br><br><br><br><br>• **"Address and Data"**: The *EMC* construction does not apply to these terms. |
| "encoded … serial bit stream of a PCI bus transaction" | • "Encoding" terms – claims reciting an "encoded" PCI bus transaction<br><br>• "Serial" terms – claims reciting a PCI bus transaction in "serial stream" or "serial form", but do not recite "encoding" the PCI bus transaction or an "encoded" PCI bus transaction: | *EMC* construction only applies to terms that recite (1) "encoded," (2) "serial," and (3) "PCI bus transaction."<br><br>**Note:** The Court does not find it necessary to construe (1) "encoded," (2) "serial," and (3) "PCI bus transaction" as Judge Burroughs already construed—and the Circuit affirmed—"PCI bus transaction" individually and "encoded" and "serial" as part of "encoded … serial bit stream of a PCI bus transaction." |