UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>    Plaintiff,<br>  v.<br><br>ASUSTEK COMPUTER, INC., et al.,<br><br>    Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action No. 6:20-cv-00966-ADA |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' SUBMISSIONS
TO THE JOINT PRETRIAL ORDER**

In accordance with the Court's Scheduling Order, the Court's Local Rules, and Judge Alan Albright's Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases, Plaintiff ACQIS LLC ("ACQIS") hereby submits its objections to Defendants' ASUSTeK Computer, Inc. ("ASUSTeK") and Asus Global Pte. Ltd. ("ASGL") (collectively, "Defendants") submissions to the Joint Pretrial Order (ECF No. 278) as follows:

1. Attached as Exhibit A is ACQIS' objections to Defendants' Trial Exhibits.

2. Attached as Exhibit B is ACQIS' objections to Defendants' Trial Witness List.

3. Attached as Exhibit C is ACQIS' objections to Defendants' Deposition Designations.

4. Attached as Exhibit D is ACQIS' objections to Defendants Discovery Designations.

5. Attached as Exhibit E is ACQIS' objections to the disputed language in the parties' Requested Joint Jury Charge.

6. Attached as Exhibit F is ACQIS' objections to Defendants' Verdict Form.

7. Attached as Exhibit G is ACQIS' objections to Defendants' Motions in Limine.

ACQIS has no objections to Defendants' Proposed Voir Dire (attached to the Joint Pretrial Order as Ex. G-2, ECF No. 278-13), though ACQIS reserves its right to object to Defendants' Proposed Voir Dire should Defendants amend or add new questions.

Dated: September 15, 2023        Respectfully submitted,

By:   /s/ *Elliot Hales*
Paige Arnette Amstutz
State Bar No. 00796136
**SCOTT DOUGLASS & MCCONNICO, LLP**
303 Colorado Street, Suite 2400
Austin, Texas 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
Email: pamstutz@scottdoug.com

Case Collard (*Admitted*)
Gregory S. Tamkin (*pro hac vice*)
**DORSEY & WHITNEY LLP**
1400 Wewatta Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: collard.case@dorsey.com
Email: tamkin.greg@dorsey.com

Mike Stinson (*pro hac vice*)
**DORSEY & WHITNEY LLP**
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
Email: forrest@dorsey.com
Email: stinson.mike@dorsey.com

Mark Miller (*Admitted*)
Elliot J. Hales (*Admitted*)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, Utah 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: mark.miller@dorsey.com
Email: hales.elliot@dorsey.com

Madeline Hepler (*pro hac vice*)
Ryan Meyer (*pro hac vice*)
Robert J.M. Lee (*pro hac vice*)
**DORSEY & WHITNEY LLP**
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8768
Fax: (206) 260-9141
Email: hepler.madeline@dorsey.com
Email:meyer.ryan@dorsey.com

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 15, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via electronic mail.

/s/ *Vanessa Thompson*
Vanessa Thompson