UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ACQIS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00966-ADA |
| | § | |
| ASUSTEK COMPUTER, INC., ASUS GLOBAL PTE. LTD. | § | |

## ORDER RESETTING TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, March 18, 2024 at 09:00 AM**.

IT IS SO ORDERED this 3rd day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE