UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>                Plaintiff,<br>    v.<br><br>ASUSTEK COMPUTER, INC., et al.,<br><br>                Defendants. | **Civil Action No. 6:20-cv-00966-ADA**<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON MOTIONS FOR VALIDITY DETERMINATIONS
AND MOTIONS *IN LIMINE***

After considering briefing and holding oral arguments on October 26, 2023, the Court hereby enters its ruling on the following motions:

- Defendants' Motion for a Finding of Invalidity of ACQIS's Reissue Patents for Failure to Comply with 35 U.S.C. § 251 (Dkt. 271) is **DENIED**.

- Plaintiff's Motion for a Finding of Validity Under 35 U.S.C. § 251 (Dkt. 263) is **GRANTED**.

- The Court's ruling on Plaintiff's Motions *in Limine* (Dkt. 260) No. 1 for a limited exception to the Court's Order on Motions *in Limine* (the "Court's MIL") (Dkt. 159) to allow introduction of the Notice Letter in full is **DEFERRED**. The Court will review the notice letter (Dkt. 261-1) for potential redaction and provide guidance to the Parties regarding the same. The Court will address any objections during trial.

- Plaintiff's Motions *in Limine* (Dkt. 260) No. 2 for a limited exception to the Court's Order on Motions *in Limine* (the "Court's MIL") (Dkt. 159) to allow introduction of

any license considered by an expert is **DENIED**. Licenses secured during or under the threat of litigation are not in violation of the Court's MIL No. 13, but may nevertheless be excluded for other reasons if appropriate objections are made during trial, so no exception is needed to this MIL for such licenses in the first instance. The Court will address any objections raised during trial.

- Defendants' Motion *in Limine* (Dkt. 269) No. 1 to preclude Plaintiff from referring to ASUS-related entities jointly or as a single entity is **DENIED**, but objections may be raised at trial. Defendants' Motion *in Limine* No. 2 to prevent expert witnesses from opining on the law is **DENIED**, but objections may be raised at trial.

**IT IS SO ORDERED.**

SIGNED this 6th day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE