# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| ACQIS LLC, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:20-CV-00966-ADA |
| ASUSTEK COMPUTER, INC., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ACQIS LLC.

Date: 01/12/2024

/s/ William Young, Jr.
*Attorney's signature*

William Young, Jr./DC Bar No. 1034374
*Printed name and bar number*

Arnold & Porter Kaye Scholer
601 Massachusetts Ave., NW
Washington, DC  20001-3743
*Address*

william.young@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*