# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER, INC., et al.,<br><br>    Defendants. | Civil Action No. 6:20-cv-00966-ADA<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Notice is hereby given that attorney Logan J. Drew enters his appearance in this matter as counsel for Plaintiff ACQIS LLC. Mr. Drew is currently admitted to practice in the United States District Court for the Western District of Texas. The undersigned counsel requests that all notices required to be given and all papers required to be served in this matter be copied to and served upon him using the following contact information:

 Logan J. Drew
 Robins Kaplan LLP
 2800 LaSalle Plaza
 800 LaSalle Avenue
 Minneapolis, MN 55402
 Email: LDrew@robinskaplan.com

1

Dated: January 22, 2024               Respectfully submitted,

                                      By: */s/ Logan J. Drew*

                                      Paige Arnette Amstutz
                                      State Bar No. 00796136
                                      **SCOTT DOUGLASS & MCCONNICO, LLP**
                                      303 Colorado Street, Suite 2400
                                      Austin, Texas 78701
                                      Telephone: (512) 495-6300
                                      Facsimile: (512) 495-6399
                                      Email: pamstutz@scottdoug.com

                                      Case Collard (*Admitted*)
                                      Gregory S. Tamkin (*Pro hac vice*)
                                      **DORSEY & WHITNEY LLP**
                                      1400 Wewatta Street, Suite 400
                                      Denver, Colorado 80202
                                      Telephone: (303) 629-3400
                                      Facsimile: (303) 629-3450
                                      Email: collard.case@dorsey.com
                                      Email: tamkin.greg@dorsey.com

                                      Mike Stinson (*Pro hac vice*)
                                      **DORSEY & WHITNEY LLP**
                                      50 South Sixth Street
                                      Minneapolis, MN 55402
                                      Telephone: (612) 340-2600
                                      Facsimile: (612) 340-2868
                                      Email: stinson.mike@dorsey.com

                                      Mark Miller (*Admitted*)
                                      Elliot J. Hales (*Admitted*)
                                      **DORSEY & WHITNEY LLP**
                                      111 South Main Street, 21st Floor
                                      Salt Lake City, Utah 84111
                                      Telephone: (801) 933-7360
                                      Facsimile: (801) 933-7373
                                      Email: miller.mark@dorsey.com
                                      Email: hales.elliot@dorsey.com

                                      Madeline Hepler (*Pro hac vice*)
                                      Ryan Meyer (*Pro hac vice*)
                                      Robert J.M. Lee (*Pro hac vice*)
                                      **DORSEY & WHITNEY LLP**
                                      701 Fifth Avenue, Suite 6100

Seattle, WA 98104
Telephone: (206) 903-8768
Facsimile: (206) 260-9141
Email: hepler.madeline@dorsey.com
Email: meyer.ryan@dorsey.com
Email: lee.robert@dorsey.com

Logan J. Drew (*Admitted*)
MN Bar No. 0389449
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
Email: ldrew@robinskaplan.com

*Attorneys for Plaintiff ACQIS LLC*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 22nd day of January, 2024.

                                        /s/ *Logan J. Drew*
                                        Logan J. Drew