# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ACQIS LLC, A TEXAS LIMITED LIABILITY COMPANY; | § § § | |
| Plaintiff, | § § | CIVIL NO. W-20-CV-00966-ADA |
| v. | § § | |
| ASUSTEK COMPUTER, INC., A TAIWAN CORPORATION; AND ASUS GLOBAL PTE. LTD., | § § § § | |
| Defendants. | | |

## JURY SELECTION ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the Jury Selection is referred to United States Magistrate Judge Jeffrey C. Manske.

**SIGNED** this 16th day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE