# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| ACQIS LLC | § |
| | § |
| vs. | §   Case Number: WA:20-CV-00966-ADA |
| | § |
| ASUSTEK COMPUTER, INC., ASUS GLOBAL PTE. LTD. | § |
| *Defendant* | |

## ORDER SETTING HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for Pretrial Conference Via Zoom, in U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas, on Tuesday, March 12, 2024, at 1:30 pm.

IT IS SO ORDERED this 8th day of March, 2024.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE