**FILED**

March 22, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Jennifer Clark

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ACQIS LLC

vs.

ASUSTEK COMPUTER, INC., ASUS
GLOBAL PTE. LTD.

§
§
§
§
§
§

NO:  WA:20-CV-00966-ADA

**JURY NOTE NUMBER** 4

The jury requests lunch. We will be here through lunch.

_____

**PRESIDING JUROR**

3/22/2024    10:33 A.M.

DATE and TIME

\* \* \* \* \* \* \* \* \* \*

COURT'S RESPONSE:

_____

_____

_____

_____

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

3/22/24   10 40 a

DATE and TIME