UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**

March 22, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Jennifer Clark_

DEPUTY

ACQIS LLC §
§
vs. §   NO:  WA:20-CV-00966-ADA
§
ASUSTEK COMPUTER, INC., ASUS §
GLOBAL PTE. LTD.

**JURY NOTE NUMBER** 5

What exhibit shows ASUSTeK's U.S. profit
from May 2018 to 2020 in U.S. dollars?

**PRESIDING JUROR**

3/22/2042
DATE and TIME

* * * * * * * * * *

COURT'S RESPONSE:

Ladies and gentlemen you have all of
the exhibits committed at trial.
Please reference these in your
deliberations.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

345 pr    3/22/24
DATE and TIME