UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC, A TEXAS LIMITED LIABILITY COMPANY;<br><br>**Plaintiff,**<br><br>v.<br><br>ASUSTEK COMPUTER, INC., A TAIWAN CORPORATION; AND ASUS GLOBAL PTE. LTD.,<br><br>**Defendants.** | § § § § § § § § § § § §<br><br>CIVIL NO. W-20-CV-00966-ADA |

## FINAL JUDGMENT

This action came before the Court for a four-day trial by jury commencing on March 18, 2024, between Plaintiff ACQIS LLC ("ACQIS") and Defendants ASUSTeK Computer, Inc. ("ASUSTeK") and ASUS Global Pte. Ltd. ("ASGL") (collectively, "Defendants"). The issues have been tried and the jury rendered its unanimous verdict on March 22, 2024 (ECF No. 332). The jury reached and returned its unanimous verdict (ECF No. 332) finding that:

- Defendant ASGL and non-party Asus Computer International ("ACI") directly infringed Claims 10 and 13 of U.S. Patent No. 9,529,768 (the '768 Patent) and Claim 19 of U.S. Patent No. 8,756,359 (the '359 Patent) (collectively, the "Asserted Claims");

- ASUSTeK and ASGL did not induce infringement of the Asserted Claims;

- ASUSTeK is liable for the actions of ASGL and ACI, and ASGL is liable for the actions of ACI.

- ACQIS provided ASUSTeK with notice of the '768 and '359 Patents and a specific charge of infringement of the same by a specific product prior to May 12, 2020.

- ACQIS did not provide ASGL with notice of the '768 and '359 Patents and a specific charge of infringement of the same by a specific product prior to May 12, 2020;

- The Asserted Claims are not invalid for lack of written description or lack of enablement;

- The amount of damages that would compensate ACQIS for the infringement of the Asserted Claims is $17,970,582; and

- ASUSTeK and ASGL did not willfully infringe the Asserted Claims.

The jury received instructions that it, "[i]f ACQIS can show that ASUSTeK and its subsidiaries, ASGL and ACI, are so closely linked that those subsidiaries have no separate mind, will or existence of their own and are business conduits of ASUSTeK . . . then you may find that ASUSTeK should be held personally liable for the subsidiary corporations for purposes of determining infringement liability." ECF No. 317 at 28. The jury's verdict confirmed agency and alter ego relationships involving ASUSTeK, ASGL, and ACI, holding that (i) ASUSTeK is liable for the actions of ASGL and ACI, and that (ii) ASGL is liable for the actions of ACI. In accordance with the jury's verdict, it is hereby **ORDERED** that judgment is entered in favor of the plaintiff, ACQIS LLC, and against the defendants, ASUSTeK and ASGL, as to patent infringement as follows:

- Claims 10 and 13 of U.S. Patent No. 9.529,768 (the "'768 Patent") and Claim 19 of U.S. Patent No. 8,756,359 (the "'359 Patent"; collectively, the "Asserted Claims") were directly infringed by ASGL and by ASUSTeK's subsidiary, Asus Computer International ("ACI");

- ASUSTeK is liable for the actions of ASGL and ACI, and ASGL is liable for the actions of ACI.

- ASUSTeK and ASGL did not induce infringement of the Asserted Claims;

- ASUSTeK and ASGL did not willfully infringe the Asserted Claims;

- The Asserted Claims are not invalid for lack of written description or lack of enablement;

- ASUSTeK was on notice of the '768 and '359 Patents as of May 15, 2018;

- ACQIS is awarded and Defendants ASUSTeK and ASGL are liable for damages in the amount of $17,970,582;

- ACQIS is awarded prejudgment interest in the amount of $2,108,677[1] through June 30, 2024, bringing the total monetary award to $20,079,259 as of that date. This award is to be supplemented with a revised calculation using the date of this Order;

- ACQIS is awarded its costs pursuant to 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Rule CV-54, and post-judgement interest assessed on those costs under 28 U.S.C. § 1961; and

- ACQIS is awarded post-judgement interest on the total monetary award at the rate prescribed by 28 U.S.C. § 1961 and which shall accrue daily and compound annually.

**SIGNED** this 15th day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] The Court awards ACQIS prejudgment interest using the 1-Year T-Bill rate compounded quarterly, running from the start of infringement. *See* ECF No. 339-3 at ¶ 9.